## JACOB HAAS

*v.*

## CATHARINE STENGER.

PRACTICE — *filing additional pleas.* It is purely discretionary with the court whether it will allow additional pleas to be filed during the progress of the trial.

APPEAL from the Circuit Court of Peoria county; the Hon. H. B. HOPKINS, Judge, presiding.

This was an action of assumpsit, by Catharine Stenger against Jacob Haas, to recover a part of the purchase money of land sold by the plaintiff to the defendant. During the progress of the trial the defendant moved the court for leave to file additional pleas (he having pleaded the general issue and payment), so as to set up the fact that, after the delivery of the deed from plaintiff and her husband to defendant, the covenants as to possession were broken, which the court refused. The plaintiff recovered judgment and the defendant appealed.

Messrs. O'BRIEN & HARMON, and Mr. H. W. WELLS for the appellant.

Mr. C. FEINSE, and Mr. THOS. CRATTY, for the appellee.

Per CURIAM: There is no question of law worthy of consideration presented by this record. The matter of allowing new pleas to be filed, under the circumstances of this case, is purely discretionary. Upon the facts there was a conflict of testimony. That was for the jury to pass upon, and we see no reason for interfering with their finding. The judgment of the court below will be affirmed.

*Judgment affirmed.*